TAMARA W. ASHFORD
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484

Of Counsel:
DANIEL BOGDEN
United States Attorney
District of Nevada

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAMON TUMANAN, an individual; CHARITY TUMANAN, an individual; REGISTRATION SYSTEMS, INC. "MERS" a corporation state of incorporation unknown; BANK OF AMERICA, N.A., a foreign corporation registered in Delaware; KEY BANK, N.A., a business organization form unknown and state of registration unknown; REPUBLIC MORTGAGE, LLC, a Nevada Limited Liability Company; U.S. BANK, N.A., c/o BAC HOME LOANS SERVICING, LP, on information and belief, a foreign limited partnership registered in Texas; REPUBLIC SERVICES, a business organization form unknown; UNITED STATES OF AMERICA, a public entity; and DOES 1-25, inclusive;<br><br>Defendants. | Civil No. 2:14-cv-00733 -JCM-NJK<br><br>UNITED STATES' DISCLAIMER OF INTEREST IN INTERPLED FUND, REQUEST FOR DISMISSAL AS A PARTY TO THIS ACTION, AND [PROPOSED] ORDER |

The United States of America, by and through its undersigned counsel, sets forth the following:

1. Plaintiff brought this suit to interplead excess proceeds from the sale of real property located at 6342 Flotilla Ave, Las Vegas, NV, 89139, pursuant to a non-judicial trustee's sale and to determine the

1 respective claims to the excess proceeds.

2     2. As set forth in the United States' Answer and Claim (Doc. #9), a Notice of Federal Tax Lien was recorded with the Clark County Recorder against Defendants Ramon Tumanan and Charity Tumanan for federal income tax liabilities for the year 2007 on June 21, 2012.

    3. The United States disclaims any interest in the interplead excess proceeds pursuant to the Notice of Federal Tax Lien set forth in paragraph 2, above.

    4. Based on the forgoing disclaimer of interest, the United States respectfully requests that it be dismissed as a party from this action.

Dated this 17th day of December, 2014.

TAMARA W. ASHFORD
Acting Assistant Attorney General

*/s/ Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6484

Of Counsel:
DANIEL BOGDEN
United States Attorney

IT IS SO ORDERED.

Dated: December 22, 2014

UNITED STATES DISTRICT JUDGE

- 2 -

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' DISCLAIMER OF INTEREST IN INTERPLEAD FUND, REQUEST FOR DISMISSAL AS A PARTY TO THIS ACTION, AND [Proposed] ORDER has been made this 17th day of December, 2014, by using the Court's CM/ECF system to:

Richard Vilkin Esq. at richard@vilkinlaw.com, vilkinlaw@cox.net

Steven G. Shevorski, Esq. at steven.shevorski@akerman.com

Diana S. Cline at diana@hkimlaw.com

Ariel E. Stern at ariel.stern@ackerman.com

Michael J. Lemcool at michaellemcool@gmail.com

                                                  */s/ Virginia Cronan Lowe*
                                                  VIRGINIA CRONAN LOWE
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice

Case 2:14-cv-00733-JCM-NJK   Document 67   Filed 12/22/14   Page 4 of 4