Richard Vilkin, Esq.
Nevada Bar No. 8301
Law Offices of Richard Vilkin, P.C.
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
Fax: (702) 476-3212
Email: Richard@vilkinlaw.com
*Attorneys for plaintiff Nevada Association Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,

    Plaintiff,

v.

RAMON TUMANAN, an individual; CHARITY TUMANAN, an individual; REGISTRATION SYSTEMS, INC. "MERS" a corporation state of incorporation unknown; BANK OF AMERICA, N.A., a foreign corporation registered in Delaware; KEY BANK, N.A., a business organization form unknown and state of registration unknown; REPUBLIC MORTGAGE, LLC, a Nevada Limited Liability Company; U.S. BANK, N.A., c/o BAC HOME LOANS SERVICING, LP, on information and belief a foreign limited partnership registered in Texas; REPUBLIC SERVICES, a business organization form unknown; UNITED STATES OF AMERICA, a public entity; and DOES 1-24, inclusive;

    Defendants.

Case No.: 2:14-cv-00733-JCM-NJK

ORDER GRANTING MOTION BY PLAINTIFF TO REMOVE ATTORNEY MICHAEL LEMCOOL FROM SERVICE LIST

1

## MOTION

Plaintiff Nevada Association Services, Inc. ("NAS") hereby moves this court for an order removing attorney Michael Lemcool (michaellemcool@gmail.com), formerly associated with plaintiff's counsel, from the e-service/PACER service list.

Date: March 23, 2015

LAW OFFICES OF RICHARD VILKIN, P.C.

By: _____
Richard Vilkin, Esq.
Nevada Bar No. 8301
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
*Attorneys for plaintiff Nevada Association Services, Inc.*

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF COURT ORDER TO REMOVE ATTORNEY MICHAEL LEMCOOL FROM THE E-SERVICE/PACER SERVICE LIST

This is an interpleader case brought by plaintiff Nevada Association Services, Inc. ("NAS"). Counsel for plaintiff has been from the outset the Law Offices of Richard Vilkin, P.C.. Attorney Michael Lemcool was associated with Law Offices of Richard Vilkin, P.C. but no longer is. All service for this case to plaintiff NAS can and should be made only to attorney Richard Vilkin (Richard@vilkinlaw.com). Counsel Michael Lemcool can and should be removed from the service list (michaellemcool@gmail.com) as he is no longer associated with the Law Offices of Richard Vilkin, P.C..

Date: March 23, 2015

LAW OFFICES OF RICHARD VILKIN, P.C.

By: _____
Richard Vilkin, Esq.
Nevada Bar No. 8301
1286 Crimson Sage Ave.

Henderson, NV 89012
Phone: (702) 476-3211
Fax: (702) 476-3212
*Attorneys for plaintiff Nevada Association Services, Inc.*

IT IS SO ORDERED.
DATED: March 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge